ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 1 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy DEPUTY

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 1 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AVETYAN ALEN,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Respondents. | Case No. CV 13-08632 JAK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order Dismissing Petition For Lack of Subject Matter Jurisdiction.

Dated: <u>December 16, 2013</u>

                                          JOHN A. KRONSTADT
                                    UNITED STATES DISTRICT JUDGE